IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:07CR00016 |
| v. | ) | OPINION |
| | ) | |
| LEONARD ANDRE HUDSON, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

*Leonard Andre Hudson, Pro Se Defendant.*

On March 26, 2008, I sentenced defendant Leonard Andre Hudson to 188 months' imprisonment (ECF No. 71), and on December 19, 2012, I dismissed Hudson's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. *United States v. Hudson*, No. 1:07CR00016, 2012 WL 6617114, at *1 (W.D. Va. Dec. 19, 2012), *appeal dismissed*, 522 F. App'x 202 (4th Cir. 2013) (unpublished). More than two years later, Hudson has filed another Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 147) based on a change in case law. Because Hudson does not establish that the United States Court of Appeals for the Fourth Circuit has authorized him to file a successive § 2255 motion, the § 2255 motion must be dismissed without prejudice as successive pursuant to 28 U.S.C. § 2255(h).

DATED: July 15, 2015

/s/ James P. Jones
United States District Judge